UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JORDAN EASTER,**

   Petitioner,

v.                                                   **No. 4:24-cv-0162-P**

**BILL WAYBOURN, TARRANT COUNTY SHERIFF,**

   Respondent.

## FINAL JUDGMENT

   Consistent with Federal Rule of Civil Procedure 58 the order of dismissal signed this date, the petition of Jordan Easter under 28 U.S.C. § 2241 is **DISMISSED** for want of prosecution.

   **SO ORDERED** on this **22nd day** of **May 2024.**

*[Signature]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE